IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

HILDA L. SOLIS,　　　　　　　　　　　　　)
SECRETARY OF LABOR,　　　　　　　　　　)
UNITED STATES DEPARTMENT OF LABOR, )
　　　　　　　Plaintiff,　　　　　　　)　　CIVIL ACTION FILE
　　　　　　　　　　　　　　　　　　　　)　　NO. 8:10-cv-355
　　v.　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
DARN DEPENDABLE SERVICES, LLC;　　　)
And DEBRA TRAPP; DEBB HOMAN;　　　　)
and SUE SEEFUS, INDIVIDUALLY　　　　)
　　　　　　　Defendants.　　　　　　　)

## JUDGMENT

　　Plaintiff having filed her complaint, and Defendants having admitted the allegations of the complaint and agreed to the entry of this judgment without contest;

　　It is, therefore, upon motion of counsel for the Plaintiff, and for cause shown:

　　ORDERED, ADJUDGED, and DECREED that Defendants, their officers, agents, servants, employees, and those persons in active concert or participation with them who receive actual notice of this judgment be, and each of them hereby is, permanently enjoined and restrained from violating the provisions of section 15(a)(2) of the Fair Labor Standards Act of 1938, as amended (29 U.S.C. § 201 et seq.), hereinafter called the Act, in any of the following manners:

　　1.　Defendants shall not, contrary to sections 6 and 15(a)(2) of the Act, employ any of their employees in their enterprise engaged in commerce or in the production of goods for commerce, wages at rates less than $7.25 per hour, or

0IAS3017AJR

any rate subsequently made applicable by amendment to the Act.

2. Defendants represent that all employees have been paid the full amount of back wages due.

IT IS FURTHER ORDERED that Defendants shall pay civil money penalties in the amount of $1,250.00. Upon receipt of full payment of the civil money penalties from Defendants, Plaintiff's counsel shall file with the Court a certificate of payment.

Dated this 26th day of October, 2010.

s/ Laurie Smith Camp
United States District Judge

Entry of this judgment
is hereby consented to:

_____
Darn Dependable Service, LLC
Debra Trapp, Managing Partner


_____
Debra Trapp

_Sue Seefus_
Sue Seefus

Defendants

APPROVED:

M. Patricia Smith
Connecticut Bar #371708
Solicitor of Labor

Michael A. Stabler
MO Bar #26211
Regional Solicitor

_Aaron J. Rittmaster_
Aaron J. Rittmaster
MO Bar #51161
Attorney

2300 Main, Suite 1020
Two Pershing Square Building
Kansas City, MO 64108
(816) 285-7260
(816) 285-7287 (fax)

3